STATE of Missouri, Respondent,

v.

**William C. DRISKILL, Appellant.**

**No. WD 67159.**

Missouri Court of Appeals, Western District.

Jan. 22, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2008.

Paul D. Wylie, Independence, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA BRECKENRIDGE, Judge [1] and JOSEPH M. ELLIS, Judge.

### *ORDER*

PER CURIAM.

William Driskill appeals from his conviction by jury of one count of involuntary manslaughter in the first degree, § 565.024.1(2). No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).